IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY A. ZIEGLER,

    Plaintiff,

v.

KWIK TRIP, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-721-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered GRANTING summary judgment in favor of defendant Kwik Trip, Inc.

_____       11-25-08
Peter Oppeneer, Clerk of Court                      Date